Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Ignacio MEDRANO-SANCHEZ |
| **Docket Number:** | 1:03CR05237-002 |
| **Offender Address:** | McFarland, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/09/2005 |
| **Original Offense:** | 21 USC 843(b) - Use of a Communication Facility in the Commission of a Drug-Trafficking Offense (two counts) (CLASS E FELONY) |
| **Original Sentence:** | 96 mos. BOP; 12 mos. TSR, $200 special assessment, mandatory urine testing |
| **Special Conditions:** | Warrantless search, financial disclosure, drug testing/counseling, not to possess paging device or cellular phone without permission of the probation officer, co-payment and collection of DNA |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 07/01/2011 |
| **Assistant U.S. Attorney:** | Kathleen A. Servatius    **Telephone:** 599) 497-4000 |
| **Defense Attorney:** | David V. Balakian    **Telephone:** 559) 495-1558 |
| **Other Court Action:** | None |

RE:   Ignacio MEDRANO-SANCHEZ
      Docket Number:  1:03CR05237-002
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, Turning Point for a period up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

2. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:** On October 23, 2011, the releasee was arrested by the California Highway Patrol for violation of California Vehicle Code Sections 23152(a) and (b), Driving Under the Influence of Alcohol and Driving Under the Influence of Alcohol With Blood Alcohol Level of .08 Percent or Higher. On November 16, 2011, the releasee appeared in Kern County Superior Court and pled nolo contender to violation of California Vehicle Code Section 23152(a) and was sentenced to three years court probation, $1,861 fine, 2 days custody and enroll in a DUI school. Said arrest was in violation of the general condition not to commit another state, local, or federal crime. On November 29, 2011, the releasee reported to the probation office as instructed and signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release agreeing to reside and participate in a residential re-entry center for a period not to exceed 120 days and to abstain from the use of alcoholic beverages.

RE: Ignacio MEDRANO-SANCHEZ
Docket Number: 1:03CR05237-002
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**
Telephone: (661) 861-4354

DATED: December 5, 2011
Bakersfield, California
FE:dk

/s/ Thomas A. Burgess

**REVIEWED BY:**

**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** ) Modification approved as recommended.
(   ) Modification not approved at this time. Probation Officer to contact Court.
(   ) Other:

cc: United States Probation
Kathleen A. Servatius, Assistant United States Attorney
David V. Balakian, Assistant Federal Defender
Defendant
Court File
IT IS SO ORDERED.

Dated: December 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE